

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*          *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*    *TTY (414)297-1088*
*Milwaukee WI 53202*         *Fax (414) 297-1738*
                              *www.usdoj.gov/usao/wie*

April 15, 2021

The Honorable Pamela Pepper
Chief United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

       Re:    *United States v. Saul Garcia, et al.*
                Case No. 19-CR-96

Dear Chief Judge Pepper:

       I am writing on behalf of the parties to provide the Court with the joint status report ordered on January 14, 2021. Since that time, the parties have continued to exchange information, engage in discussions, and work toward the resolution of this matter. At this time, the parties are jointly requesting that this Court schedule a joint status report or a status conference approximately 60 days from now so that the parties can continue to engage in plea discussions prior to engaging in additional litigation or scheduling a trial date, if necessary. The parties respectfully request that the time between April 16, 2021 and the next status date, as scheduled by the Court, be excluded from computation of the speedy trial deadline pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv).

                                          Respectfully,

                                          RICHARD G. FROHLING
                                          Acting United States Attorney

       By:    */s/ Laura S. Kwaterski*
                LAURA S. KWATERSKI
                Assistant United States Attorney